33 So.2d 271

**J. E. BAINS, Adm'r, v. M. C. ALLGOOD.**

6 Div. 451.

Supreme Court of Alabama.

Nov. 25, 1947.

PER CURIAM.

Appeal dismissed, want of prosecution.

33 So.2d 271

**BIRMINGHAM ELECTRIC CO. v. Ella Mae WILLIAMS.**

6 Div. 637.

Supreme Court of Alabama.

Oct. 29, 1947.

Lange, Simpson, Robinson & Somerville, of Birmingham for appellant.

Frank L. Parsons, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

34 So.2d 866

**Gerald Frederick BURGESS v. STATE.**

8 Div. 402.

Supreme Court of Alabama.

Feb. 26, 1948.

A. A. Carmichael, Atty. Gen., for the State.

GARDNER, Chief Justice.

The appeal is from a judgment of conviction for the offense of rape, with punishment fixed at thirty years' imprisonment in the penitentiary.

The appeal is upon the record proper and without transcription of the evidence. The record appears to be regular and presents nothing here calling for discussion. The judgment is due to be affirmed. It is so ordered.

Affirmed.

BROWN, LIVINGSTON, and SIMPSON, JJ., concur.

33 So.2d 271

**James L. BURRELL v. Flora Neel BURRELL.**

6 Div. 475.

Supreme Court of Alabama.

Nov. 25, 1947.

PER CURIAM.

Appeal dismissed, want of prosecution.

33 So.2d 271

**C. L. CADDELL v. Carl C. GATES.**

6 Div. 588.

Supreme Court of Alabama.

Nov. 28, 1947.

PER CURIAM.

Appeal dismissed, want of prosecution.